UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODNEY SHEPARD (380136)     CIVIL ACTION

VERSUS

RICHARD J. PENNINGTON, ET AL.     NO. 99-0995-C-M2

00-0112 SECT. S MAG. 2

## ORDER

The pro se plaintiff, an inmate currently incarcerated at Avoyelles Correctional Center, Cottonport, Louisiana, filed this action pursuant to 28 U.S.C. § 1983 against Chief Richard J. Pennington and Detectives James Daughtry and Berbert Bovia of the New Orleans Police Department, alleging that his constitutional rights were violated on April 5, 1997, when he was wrongly arrested, without probable cause, on a charge of burglary. He seeks monetary damages resulting from the defendants' conduct.

Under the provisions of 28 U.S.C. §§ 1391(b)(1) and (2), and §§ 1404(a) and 1406(a), an action brought in a district of improper venue may be transferred, in the interest of justice, to a judicial district in which it could have been brought. Inasmuch as the plaintiff's civil rights claim relates to acts or omissions which occurred in the Eastern District of Louisiana, the defendants in this case reside in the Eastern District, and all of the potential witnesses reside in the Eastern District, it is appropriate that this case be transferred to the Eastern District of Louisiana. Accordingly,

IT IS ORDERED, <u>sua sponte</u>, that this case be transferred to the

United States District Court for the Eastern District of Louisiana.

**IT IS FURTHER ORDERED** that the plaintiff's motion to proceed in forma pauperis herein, rec.doc.no. 2, be and it is hereby deferred to the transferee court for resolution and disposition.

Baton Rouge, Louisiana, this __5__ day of January, 2000.

CHRISTINE NOLAND
**MAGISTRATE JUDGE**