FILED
U.S. DISTRICT COURT
EASTERN DIST. OF LA

2000 JAN 31 P 4:25

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODNEY SHEPARD, #380136                CIVIL ACTION

VERSUS                                  NUMBER: 00-0112

RICHARD J. PENNINGTON, ET AL            SECTION

                PAUPER ORDER            SECT. S MAG. 2

Considering Plaintiff's application to proceed as a pauper, accordingly,

☐ Plaintiff's application is denied since plaintiff has sufficient funds to pay the $_____ filing fee.

☑ **IT IS ORDERED** that plaintiff is allowed to proceed as a pauper in this action. **IT IS FURTHER ORDERED** that the sum of $ 0.00 , as an initial partial payment of the filing fee, is to be forwarded to the Clerk of Court by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.
**IT IS FURTHER ORDERED** that, after payment of the initial filing fee, plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid. The Sheriff, Warden, or authorized prison official SHALL forward such payments from the inmate's account to the Clerk of Court, 500 Camp Street, Rm. C-151, New Orleans, LA 70130, each time the amount in the inmate's account exceeds $10 until the balance of the $150.00 filing fee is paid.
**IT IS FURTHER ORDERED** that, if plaintiff is transferred to another facility or released from custody, the Sheriff, Warden, or authorized prison official shall notify the Court of the inmate's new facility or forwarding address within 30 days of the inmate's transfer or release.

☐ Plaintiff's application is denied because plaintiff has not submitted "a certified copy of the trust fund account (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" as required by 28 U.S.C. § 1915(a)(2).

DATE OF ENTRY  FEB 0 1 2000

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.

[✓] The Clerk is directed to withhold issuance of summons until further order of the Court.

New Orleans, Louisiana, this _31st_ day of _January_, 2000.

_____
UNITED STATES MAGISTRATE JUDGE


**IF GRANTED** Clerk to serve by mail:

Financial


WARDEN
AVOYELLES CORRECTIONAL CENTER
1630 PRISON ROAD
COTTONPORT, LA 71327
**ATTN: Inmate Banking**

2