

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODNEY SHEPARD                          CIVIL ACTION

VERSUS                                  NO: 00-0112

RICHARD J. PENNINGTON ET AL.            SECTION: "S" (2)

O R D E R

**IT IS HEREBY ORDERED** that the case is **REFERRED** to the magistrate judge for proceedings consistent with Rodney Shepard's objections to the magistrate judge's report and recommendation.

New Orleans, Louisiana, this 22 day of February, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 23 2000