*B*

```
         FILED
   U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2000 MAR -8  P 2: 19

   LORETTA G. WHYTE
           CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
MARCH 8, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY SHEPARD | CIVIL ACTION |
| VERSUS | NO. 00-112 |
| CHARLES C. FOTI, JR. ET AL. | SECTION "S" (2) |

Plaintiff in the captioned matter has filed a motion for appointment of counsel. "A district court should appoint counsel in a civil rights case only if presented with exceptional circumstances." Norton v. E.U. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997). Having also considered the factors suggested in Ulmer v. Chancellor, 691 F.2d 209 (5th Cir. 1982),

**IT IS ORDERED** that plaintiff's motion for appointment of counsel is DENIED.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY MAR 0 8 2000

```
___Fee_____
___Process__
_X_Dktd_____
___CtRmDep__
___Doc.No.__
```