MINUTE ENTRY
WILKINSON, M. J.
MARCH 8, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODNEY SHEPARD                                       CIVIL ACTION

VERSUS                                                NO. 00-112

CHARLES C. FOTI, JR. ET AL.                           SECTION "S" (2)

    Plaintiff's letter to the Court dated March 1, 2000 seeks to amend his complaint to name the New Orleans Police Department as an additional defendant in this matter. Because no answers have been filed, the amended complaint may be filed without leave of court. Fed. R. Civ. P. 15(a).

    Accordingly, plaintiff's motion is hereby GRANTED and the Clerk is hereby directed to issue and the U. S. Marshall is directed to serve summons and complaint to the New Orleans Police Department and all other defendants in this case.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  MAR 0 9 2000