U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED **MAR 1 0 2000**
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
MARCH 9, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY SHEPARD | CIVIL ACTION |
| VERSUS | NO. 00-112 |
| RICHARD J. PENNINGTON ET AL. | SECTION "S" (2) |

Plaintiff has filed a pro se and in forma pauperis civil action pursuant to 42 U.S.C. § 1983. **IT IS ORDERED** that on or before **March 31, 2000**, plaintiff must provide the Court with the following:

1. A written list of the full names of all persons whom plaintiff contends violated his constitutional rights under the facts alleged in this lawsuit.

2. A written statement advising the Court whether plaintiff is presently incarcerated based on a conviction and, if so, the date of conviction, the offense for which he was convicted, the Court in which the conviction was entered, and the sentence received.

DATE OF ENTRY **MAR 1 0 2000**

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

3. A written statement of the facts expected to be offered at trial either orally or as documents.
4. A complete and specific list of all documents to be offered at trial.
5. A complete list of all witnesses to be called at trial, including:

   a. Name and address of each witness.

   b. A separate summary of the expected testimony of each witness.

Plaintiff is to furnish the court with his D.O.C. number, date of birth and social security number so that he may be readily identified in the event he is transferred from one institution to another.

Plaintiff must send a copy of the above information to the defendants' attorneys, Freeman Matthews, Usry and Weeks, 2800 Veterans Blvd., Suite 180 - Latter Center West, P. O. Box 6645, Metairie, LA 70009-6645 and Maria Michelle Segu, City Attorney's Office, 1300 Perdido St., Room 5E01, City Hall, New Orleans, LA 70112. Plaintiff must send copies of <u>all</u> motions sent to the Court to opposing counsel. Failure to comply with the orders of this Court may result in dismissal of this action.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE