

MINUTE ENTRY
WILKINSON, M.J.
APRIL 3, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY SHEPARD | CIVIL ACTION |
| VERSUS | NO. 00-112 |
| RICHARD J. PENNINGTON ET AL. | SECTION "S" (2) |

    The Court has been advised by the Avoyelles Correctional Center that plaintiff has been transferred to the Orleans Parish Prison system. Accordingly, the Clerk is hereby directed to REMAIL a copy of the order issued by the undersigned magistrate judge on March 9, 2000 (Record Doc. No. 10), to plaintiff at the address indicated below. Plaintiff is advised that he is granted until **April 25, 2000** to respond to the Court's March 9, 2000 order requiring plaintiff to provide the Court with a statement of facts and list of witnesses and exhibits. Plaintiff is further advised that it is his responsibility to keep the Court

DATE OF ENTRY
APR 0 3 2000

Fee____

13

advised of any address change, Local Rules 11.1E and 41.3.1E, and that failure to comply with the orders of this Court may result in dismissal of this action.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY PLAINTIFF
BY REGULAR MAIL AT THE
FOLLOWING ADDRESS:**

**RODNEY SHEPARD #948385
ORLEANS PARISH PRISON, TP 2, D-3
2800 GRAVIER STREET
NEW ORLEANS, LOUISIANA 70119**

- 2 -