

MINUTE ENTRY
WILKINSON, M.J.
APRIL 24, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY SHEPARD | CIVIL ACTION |
| VERSUS | NO. 00-112 |
| RICHARD J. PENNINGTON ET AL. | SECTION "S" (2) |

A preliminary conference by telephone is hereby scheduled with the undersigned magistrate judge on **May 25, 2000 at 10:00 a.m.** The purpose of the conference is to examine the basis of plaintiff's claims and to select pre-trial and trial dates, if appropriate. The magistrate judge's office will initiate the conference call.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 2 5 2000



_____
**CLERK TO NOTIFY:**

**MAVIS EARLY**
**CITY ATTORNEY'S OFFICE**
**1300 PERDIDO ST., ROOM 5E01, CITY HALL**
**NEW ORLEANS, LA 70112**