

MINUTE ENTRY
WILKINSON, M.J.
MAY 25, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY SHEPARD | CIVIL ACTION |
| VERSUS | NO. 00-112 |
| CHARLES C. FOTI, JR. ET AL. | SECTION "S" (2) |

    A preliminary conference was scheduled in this case on this date for all purposes permitted by Spears v. McCotter, 766 F.2d 179 (5th Cir. 1985), and its progeny and 28 U.S.C. § 1915A. Plaintiff failed to appear or to contact the Court by telephone.

    At the time he filed this pro se and in forma pauperis complaint, plaintiff was an inmate incarcerated in the Avoyelles Correctional Center and was subsequently transferred to the Orleans Parish Prison system. Defense counsel advised the Court that plaintiff was released from incarceration on or about April 19, 2000. Plaintiff has failed to provide his new address as required by Local Rules 11.1E and 41.3.1E. However,

DATE OF ENTRY
MAY 2 6 2000

defendant has provided the Court with plaintiff's last known address according to the information plaintiff provided at the jail. Accordingly,

**IT IS ORDERED** that plaintiff must appear in person or by telephone on **June 14, 2000 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B421, New Orleans, Louisiana, to explain the basis of his claims and to select pretrial and trial dates, if appropriate. If plaintiff wishes to participate in the conference by telephone, he may do so by calling the magistrate judge's office at (504) 589-7630 at the time of the conference.

Plaintiff is advised that failure to appear in person or by telephone will result in dismissal of plaintiff's case for failure to prosecute.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL PARTIES AND:**

RODNEY SHEPARD
60136 AUGUST STREET
NEW ORLEANS, LA

AND

6136 AUGUST STREET
NEW ORLEANS, LA

AND

MAVIS EARLY
CITY ATTORNEY'S OFFICE
1300 PERDIDO ST., ROOM 5E01, CITY HALL
NEW ORLEANS, LA 70112