FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 26 PM 3:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY SHEPARD | CIVIL ACTION |
| VERSUS | NO. 00-112 |
| CHARLES C. FOTI, JR. ET AL. | SECTION "S" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Rodney Shepard are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 26 day of July, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 27 2000

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc.No._____