FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 26 PM 3: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY SHEPARD | CIVIL ACTION |
| VERSUS | NO. 00-112 |
| CHARLES C. FOTI, JR. ET AL. | SECTION "S" (2) |

## JUDGMENT

The Court having approved the Findings and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, Charles C. Foti, Jr., James Daughtry, Herbert Bovia, New Orleans Police Department and Richard J. Pennington, and against plaintiff, Rodney Shepard, dismissing plaintiff's complaint without prejudice.

New Orleans, Louisiana, this 26 day of July, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 2 7 2000

Fee_____
Process____
X Dktd____
__ CtRmDep___
Doc.No.____