Cl

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED AUG 26 2002
LORETTA G. WHYTE
Clerk

Rodney Shepard
2867 Gen Issac Smith Ave
Baton Rouge, La. 70807

8-21-02

02-694 C(5)
00-112 S(2)
02 MC-2513 S(2)

Clerk

I'm writing to inform you of my new address, when Orlean Parish Prison release me to Baton Rouge Prison. Although Orlean Parish have a court order to inform this court of my address to where I'm transfer I'm sure they haven't. Well my new address is stated above. Please send me anything that have been sent to me after the 25 July 02.

Now since I've been in East Baton Rouge Prison I have been denied pen, paper, and legal mail assistance, I have enclose a copy of a grievance that state this fact.

I would appreciate it if a court order could be issue upon East Baton Rouge Prison to assist me with pen, paper, and legal mail assistance due to I'm indegent and this is the only I could address this court.

Since I'm not from Baton Rouge I have had to give up my food I recieve for 2 week in order to get an stamp and envelope in order to send this letter, since this prison want assist me.

Sincerely
Rodney Shepard

___Fee_____
___Process_____
X_Dktd____ 6
X_CtRmDep__
Doc. No. 22