U. S. DISTRICT COURT
Eastern District of Louisiana

FILED FEB 13 2003

LORETTA G. WHYTE
Clerk

Rodney Shepard #1130973
Temp 1, E1
3000 Perdido St.
New Orleans, La. 70119

1-10-03

02-2513 S(2)
02-694 C(5)
01-3,618 R(2)
00-0112 S(2)

Clerk, of Court.

I'm informing the court of my new address change.

I would appreciate it if you could forward all paper work to the above address.

I Thank you in advance for your time in this matter.

Sincerely
Rodney G. Shepard

Re: Rodney Shepard
   versus
   chief-Rudy ET.AL

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
Doc. No. 23